BLK DECKER   OP000021

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

*Kuebel v. Black & Decker (U.S.) Inc.*, Case No. 08-CV-6020T

## Consent to Join Form

00007016  701
RICHARD J. DOMBROWSKI
523 FAIRHURST RD
FAIRLESS HILLS, PA  19030-3613

### NOTICE OF CONSENT TO JOIN

I, Richard J Dombrowski hereby consent to be a plaintiff in this case, which is a collective action suit against Defendant Black & Decker (U.S.) Inc. to recover alleged unpaid wages under the Fair Labor Standards Act. I authorize the representative Plaintiff, Greg Kuebel, and designate him, as the class representative, as my agent for the purposes of conducting this litigation, including the negotiation of settlement.

Richard J. Dombrowski
Signature

Richard J. Dombrowski Jr,
Printed Name

8/29/08
Date

523 Fairhurst Road
Mailing Address

Fairless Hills, PA 18030
City, State, and Zip Code

215-945-7675
Telephone Number

RJDX918@ aol.com
Alternate Tel. No. / E-mail Address (optional)

**You must complete and return this form, on or before October 25, 2008 to:**

Claims Administrator
c/o Rust Consulting, Inc.
P.O. Box 28
Minneapolis, MN 55440-0028

Lori Dombrowski
523 Fairhurst Rd.
Fairless Hls, PA   19030-3613

B&D

PHILADELPHIA PA 191

30 AUG 2008 PM 9 L



USA 42

SEP 0 2 2008

CLAIMS ADMINISTRATOR
C/O RUST CONSULTING, INC.
P.O. BOX 28
MINNEAPOLIS, MN 55440-0028