UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GREG KEUBEL, ET AL.          ,

                Plaintiff,              **CERTIFICATION**

     v.                                   08-cv-6020 T

BLACK & DECKER (U.S.) INC.     ,

                Defendant.
_____

## MEDIATION CERTIFICATION

A mediation session was held on: May 10, 2012                                           .

☒ **Case has settled.** The parties anticipate filing a motion for settlement approval by June 22, 2012.

☐ **Case has settled in part.** The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

☐ **Case has not settled.** Mediation will continue on: _____.

☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: June 7, 2012                           /s/ Robert B. Conklin
                                                     Mediator