# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

| | |
|---|---|
| **GREG KUEBEL,** *on Behalf of Himself and All Others Similarly Situated,* ) ) ) ) | |
| ) | Case No. 08-CV-6020T |
| **Plaintiff,** ) | |
| ) | **Jury Demanded** |
| vs. ) ) | |
| **BLACK & DECKER (U.S.), INC.,** ) ) | |
| **Defendant.** ) | |

## MOTION FOR ATTORNEY'S FEES AND COSTS

NOW COMES Representative Plaintiff Greg Kuebel, on behalf of himself and all others similarly situated, and files this Motion for Attorney's Fees and Costs, in which he asks this Court to approve the payment to class counsel of the amount of $310,500.00 for attorney's fees and costs, as provided in ¶ 4.2.a of the Joint Stipulation of Settlement and Release.

In addition, concurrently herewith, Plaintiff Kuebel files a Memorandum of Law in Support of this Motion, the Declaration of Alan G. Crone, and the Declaration of Michael J. Lingle.

Dated: April 1, 2013

s/ Alan G. Crone
**CRONE & MCEVOY, PLC**
*Class Counsel*
5583 Murray Rd., Suite 120
Memphis, TN 38119
Telephone: (901) 737-7740

          **THOMAS & SOLOMON LLP**
          *Class Counsel*
          693 East Avenue
          Rochester, New York 14607
          Telephone: (585) 272-0540

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading was filed electronically and notice of such filing was made electronically to Defendant's counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the Western District of New York on April 1, 2013:

Brian P. Crosby, Esq.
Elizabeth M. Bergen, Esq.
GIBSON, MCASKILL & CROSBY, LLP
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

Lee T. Paterson, Esq.
Monique Ngo-Bonnici, Esq.
Amanda C. Sommerfeld, Esq.
WINSTON & STRAWN LLP
333 S. Grand Ave. (38th FL)
Los Angeles, California 90017

          s/ Alan G. Crone