# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

| | |
|---|---|
| **GREG KUEBEL,** *on Behalf of Himself and All Others Similarly Situated,* ) ) ) ) | |
| ) | **Case No. 08-CV-6020T** |
| **Plaintiff,** ) | |
| ) | **Jury Demanded** |
| **vs.** ) | |
| ) | |
| **BLACK & DECKER (U.S.), INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR FINAL APPROVAL OF SETTLEMENT

NOW COMES Representative Plaintiff Greg Kuebel, on behalf of himself and all others similarly situated, and files this Motion for Final Approval of Settlement, in which he asks this Court to give final approval to the Joint Stipulation of Settlement and Release executed by the parties and previously filed in this matter (Document #180), including the payment to Mr. Keubel of an enhancement award in the amount of $7,500.00.

In addition, concurrently herewith, Plaintiff Kuebel files Plaintiffs' Memorandum of Law in Support of Final Approval of Settlement and the Declaration of Alan G. Crone.

Dated: April 1, 2013                          s/ Alan G. Crone                    
                                              **CRONE & MCEVOY, PLC**
                                              *Class Counsel*
                                              5583 Murray Rd., Suite 120
                                              Memphis, TN 38119
                                              Telephone: (901) 737-7740

        **THOMAS & SOLOMON LLP**
*Class Counsel*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing pleading was filed electronically and notice of such filing was made electronically to Defendant's counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the Western District of New York on April 1, 2013:

Brian P. Crosby, Esq.
Elizabeth M. Bergen, Esq.
GIBSON, MCASKILL & CROSBY, LLP
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

Lee T. Paterson, Esq.
Monique Ngo-Bonnici, Esq.
Amanda C. Sommerfeld, Esq.
WINSTON & STRAWN LLP
333 S. Grand Ave. (38th FL)
Los Angeles, California 90017

        s/ Alan G. Crone