IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| **GREG KUEBEL,** *on Behalf of Himself and All Others Similarly Situated,* | ) ) ) ) |
| Plaintiff, | ) Case No. 08-CV-6020T ) ) |
| vs. | ) ) |
| **BLACK & DECKER (U.S.), INC.,** | ) ) |
| Defendant. | ) ) |

**Order Approving Payment of Attorneys' Fees and Expenses Pursuant to the Parties' Settlement Agreement and Release**

Before the Court is Plaintiffs' Counsel's Application for Attorneys' fees and expenses pursuant to the parties' Joint Stipulation of Settlement and Release (Doc. #180). The Court having considered the statements of counsel in open court during the Fairness Hearing of the matter on Friday, April 12, 2013, the consent of the parties, no objections having been raised by present or absent class members, and the entire record herein, the Court finds that Plaintiffs' Counsel's application for fees is well taken and should be GRANTED.

The Court having confirmed Alan G Crone of Crone & McEvoy, PLC, Nelson Thomas and Michael J. Lingle of Thomas & Solomon, LLP as Class Counsel for both the New York Class and the FLSA Class, Class Counsel's request for attorneys' fees and expenses in the amount of $310,000.00 is hereby approved and shall be paid in accordance with the terms of the Joint Stipulation of Settlement and Release (Doc. #180). Such award is reasonable in light of the

effort expended and risks undertaken by Class Counsel, and the results of such efforts including the ultimate recovery obtained.

ALL OF THE ABOVE IS SO ORDERED.

S/ Michael A. Telesca
_____
MICHAEL A. TELESCA
United States District Judge

DATED:   Rochester, New York
         April 17, 2013